IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JAMES E. CUNNINGHAM, | ) | CASE NO. 7:12CV00357 |
| | ) | |
| Plaintiff, | ) | |
| | ) | FINAL ORDER |
| vs. | ) | |
| | ) | |
| DANVILLE CIRCUIT COURT, | ) | By: James C. Turk |
| | ) | Senior United States District Judge |
| Defendant. | ) | |

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 0 1 2012

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), and this action is stricken from the active docket of the court.

ENTER: This 28th day of September, 2012.

/s/ James C. Turk
Senior United States District Judge